JS-6

MARSHALL E. ROSENBACH, ESQ. (State Bar No. 214214)
**LAW OFFICES OF MARSHALL E. ROSENBACH**
468 N. Camden Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 860-4764
Facsimile: (310) 860-4763
Email: rosenbachlaw@yahoo.com

Attorney for Plaintiff,
**MEREDITH GREEN, as Administrator
of the Estate of Karen Green**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEREDITH GREEN, as Administrator of the Estate of Karen Green, an individual;<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ONE WEST BANK, FSB, PLAZA HOME MORTGAGE, INC.; MELROSE MORTGAGE CO.; FEDERAL DEPOSIT INSURANCE CORPORATION; and DOES 1 to 10, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. CV 09-02910-GAF (AGRx)<br><br>[Consolidated with Case no. CV -0-08417 GAF (AGRx)]<br><br>Complaint Filed: February 25, 2008<br><br>[Case Assigned to Hon. Gary A. Feess, Courtroom 740]<br><br>ORDER ON<br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**TO THE HONORABLE COURT AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff MEREDITH GREEN, as Administrator of the Estate of Karen Green (hereinafter "Plaintiff"), by and through her undersigned attorney and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the entire action, Case no. CV 09-02910-GAF (AGRx), consolidated with Case no. CV -0-08417 GAF (AGRx), without prejudice.

DATED: June 17, 2010          Law Offices of Marshall E. Rosenbach

By: */s/ Marshall E. Rosenbach*
    MARSHALL E. ROSENBACH
    Attorney for Plaintiff
    **MEREDITH GREEN, as Administrator
    of the Estate of Karen Green**

**IT IS SO ORDERED.**

**DATED:** June 18, 2010

*/s/ Gary Feess*

**UNITED STATES DISTRICT JUDGE**

- 2 -
**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**